UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM LINDSEY, M.D., </br></br>and</br></br>BEST PREMIERE MEDICAL SERVICES, PLLC;</br></br>　　　　　　Plaintiffs,</br></br>　vs.</br></br>VIRGINIA SURGICAL HAIR CENTER, INC.,</br></br>and</br></br>LINDA CARNAZZA</br></br>　　　　　　Defendants. | )</br>)</br>)  Civil Action No. 1:20-cv-811</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## **ORDER**

For good cause shown, the Court issues this order excluding the following dates from the trial of this matter:

　　Jan 1-11, 2021

　　Jan 27-Feb 1, 2021

　　Mar. 6-16, 2021

　　Mar. 22-26, 2021

Signed this  26th  day of  October , 20 20

/s/ Ivan D. Davis
IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE